THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEHRDAD TAVOUSSI and SHOREH NAVAB, | § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO. 4:16-cv-01283 |
| MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED, | § § § § | |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendant have reached a settlement in this matter. Plaintiffs and Defendant will submit a Joint Motion to Dismiss with Prejudice within 60 days.

Respectfully submitted,

By:   */s/ Andrew A. Howell*
     Todd M. Tippett
     Texas Bar No. 24046977
     S. Dist. Bar No. 573544
     TTippett@zelle.com
     LEAD ATTORNEY

     Andrew A. Howell
     Texas Bar No. 24072818
     S. Dist. Bar No. 1751294
     AHowell@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone: (214) 742-3000
Facsimile: (214) 760-8994

**ATTORNEYS FOR DEFENDANT**

- and –

By:   */s/ W. Lee Calhoun*
     Humberto G. Garcia
     Texas Bar No. 07636620
     Humberto@speightsfirm.com
     W. Lee Calhoun
     Texas Bar No. 24078300
     Lee@speightsfirm.com
     Ben R. Crowell
     Texas Bar No. 24069066
     Ben@speightsfirm.com

**SPEIGHTS & WORRICH**
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
(210) 495-6789 – phone
(210) 495-6790 – fax

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of this Joint Notice of Settlement has been served this 14th day of September 2016, by electronic filing as follows:

Humberto G. Garcia
Humberto@speightsfirm.com
W. Lee Calhoun
Lee@speightsfirm.com
Ben Crowell
BCrowell@speightsfirm.com
**SPEIGHTS & WORRICH**
1350 North Loop 1604 East, Suite 104
San Antonio, Texas 78232
(210) 495-6789 – phone
(210) 495-6790 – fax

**ATTORNEYS FOR PLAINTIFFS**

                                      */s/ Andrew A. Howell*
                                         Andrew A. Howell