UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEHRDAD TAVOUSSI, *et al.*, | § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION H-16-1283 |
| | § § | |
| MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED, | § § § | |
| *Defendant*. | § § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between plaintiffs and defendant, the Court dismisses this case without prejudice to reinstatement of plaintiffs' claims if any party represents to the Court within sixty days from the date of this order that the settlement could not be completely documented. The court retains jurisdiction over any settlement agreements.

Signed at Houston, Texas on September 16, 2016.

_____
Gray H. Miller
United States District Judge